JOSEPH D'ANGELO, Appellant, v. WILMA CUNNINGHAM, Respondent.— Order entered September 10, 1958, dismissing appeal, vacated.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELROY E. AMOS, Appellant.— Motion to appeal on original record, handwritten briefs, and for counsel, denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH SCHOEN-BERGER, ALBERT SANDROW and JOHN B. SULLIVAN, Defendants.— Motion for a change of venue denied.

JAMES FASINO, Appellant, v. EASTMAN KODAK COMPANY et al., Respondents.— Appeal dismissed, without costs upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion to appeal on original record and handwritten briefs, from order dismissing application for a writ of error *coram nobis* without a hearing, denied on the ground that the papers fail to show merit to the appeal; application to vacate an order of this court which dismissed defendant's appeal from a judgment of conviction upon his written stipulation, denied without prejudice to the right of defendant to apply for such an order on a separate motion upon a showing of pertinent facts surrounding the execution of such stipulation and the reasons, if any may exist, for the requested relief.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CARROLL, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original record and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.— Motion to appeal on original record and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MILLER, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HAROLD WEBSTER, Appellant.— Motion to appeal on typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURIS J. HOLSHOUSER, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.— Motion to appeal on typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

Orders of dismissal for failure to prosecute entered in the following entitled appeals pursuant to rule X of the Appellate Division, Fourth Department, Calendar Rules:

GORDON LAVERN BLOOMQUIST, Doing Business as GOODWAY LIQUOR STORE, Respondent, v. CITY OF JAMESTOWN, Appellant, et al., Defendants. DOMINICK DAMICK et al., Respondents, v. JOSEPH GEBARA, Appellant. WILLIAM J. HAEHN, Respondent, v. HAROLD M. JOHNSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD SCHIRMER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES ALLEN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. ROSE K. SWARTZMAN, Respondent, v. RAYMOND SOVA, Appellant. In the Matter of the Claim of JAMES T. SHORT, an Infant, etc., Respondent, against BOARD OF EDUCATION OF THE CITY OF WATERTOWN et al., Appellants.